UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KELLI A., | Civil No.: 2:23-cv-12988-KGA |
| Plaintiff, | |
| v. | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

_____/

# J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

Dated: May 21, 2024

s/Kimberly G. Altman
Kimberly G. Altman
U.S. Magistrate Judge